**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAMARA G. NELSON and TIMOTHEA RICHARDSON, ET. AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-14581** |
| **MAYOR BELINDA CONSTANT, ET. AL.** | **SECTION "B"(1)** |

<u>ORDER</u>

Considering the foregoing "Ex Parte Motion for Extension of Time to Plead Pursuant to LR 7.8" (Rec. Doc. 12),

**IT IS ORDERED** that the Motion is **GRANTED**. The time for Defendants Raymond A. Osborn, Olden C. Toups, and for Walter J. Leblanc to file responsive pleadings is hereby **extended until January 17, 2018**.

New Orleans, Louisiana, this 8th day of January, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1