UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMARA G. NELSON and TIMOTHEA N. RICHARDSON, individually and on behalf of all other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BELINDA C. CONSTANT, in her official capacity as Mayor of the City of Gretna, Louisiana, RAYMOND A. OSBORN, JR., in his official capacity as Magistrate of the Gretna Mayor's Court, OLDEN C. TOUPS, JR., in his official capacity as Magistrate of the Gretna Mayor's Court, WALTER J. LEBLANC, in his official capacity as City Prosecutor for the City of Gretna, ARTHUR LAWSON, JR., in his official capacities as Chief of Police and Marshal, TERRI BROSSETTE, in her official capacities as Clerk of the Gretna Mayor's Court and Lieutenant of the Gretna Police Department, and the CITY OF GRETNA, LOUISIANA.<br><br>　　　　Defendants. | Case No. 17-cv-14581<br>(Class Action) |

## PLAINTIFF TAMARA NELSON'S NOTICE OF WITHDRAWAL OF HER MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Tamara Nelson voluntarily withdraws her previously filed Motion for Preliminary Injunction (ECF No. 3).[1] Counsel for Defendants have agreed to continue without date all cases against the representative Plaintiffs, Ms. Nelson and Ms. Richardson, that are currently pending before the Gretna Mayor's Court. As a result, the preliminary injunctive relief sought by Ms. Nelson is currently unnecessary.

---

[1] Ms. Nelson's motion initially sought both a temporary restraining order and a preliminary injunction. Ms. Nelson previously withdrew her request for a temporary restraining order on December 6, 2017. (ECF No. 6).

As requested in their Complaint, Ms. Nelson and Ms. Richardson continue to seek from this Honorable Court a final judgment, for themselves and the putative class members, of equitable and declaratory relief.

Respectfully submitted,

*/s/ Eric A. Foley*
Eric A. Foley, La. Bar No. 34199, TC
Katie M. Schwartzmann, La. Bar No. 30295
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(617) 817-1992 (c)
(504) 208-3133 (f)
eric.foley@macarthurjustice.org
katie.schwartzmann@macarthurjustice.org

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed using the Court's CM/ECF filing system. Counsel additionally e-mailed, faxed, and sent the pleadings via U.S.P.S. to counsel for Defendants.

*/s/ Eric A. Foley*
Eric A. Foley