UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMARA G. NELSON and TIMOTHEA RICHARDSON, ET. AL., | CIVIL ACTION |
| VERSUS | NO. 17-14581 |
| MAYOR BELINDA CONSTANT, ET. AL. | SECTION "B"(1) |

### ORDER

Before the Court is Plaintiff Tamara Nelson's "Emergency Motion for Temporary Restraining Order" (Rec. Doc. 3), and Plaintiff's "Notice of Withdrawal of Her Motion for Motion for Preliminary Injunction" (Rec. Doc. 16). Accordingly,

**IT IS ORDERED** that Plaintiff's TRO motion (Rec. Doc. 3) is **WITHDRAWN**.

New Orleans, Louisiana, this 14th day of March, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1