```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**TAMARA G. NELSON and TIMOTHEA**          **CIVIL ACTION**
**RICHARDSON, ET. AL.,**

**VERSUS**                                 **NO. 17-14581**

**MAYOR BELINDA CONSTANT, ET. AL.**        **SECTION "B"(1)**

<u>ORDER</u>

Before the Court is Plaintiffs Tamara G. Nelson and Timothea N. Richardson's ("Plaintiffs") "Unopposed Motion for Leave to File First Amended Class Action Complaint" (Rec. Doc. 28). Also before the Court is Defendants Arthur Lawson, Jr. and Lieutenant Terri Brossette ("Defendants") two motions to dismiss (Rec. Docs. 20 and 21), and Plaintiffs' Response in Opposition (Rec. Doc. 24). For the reasons provided below,

**IT IS ORDERED** that the Motion for Leave to Amend the Class Action Complaint (Rec. Doc. 28) is **GRANTED**. All proposed pleadings shall hereby be filed into the record.

**IT IS FURTHER ORDERED** that Defendants motions to dismiss (Rec. Docs. 20 and 21) are **DISMISSED as Moot.**

More than twenty-one days has passed since the filing of Defendant answer in this case. As a result, Plaintiffs seek to amend their complaint under Federal Rule of Civil Procedure 15(a)(2), which provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

Fed. R. Civ. P. 15. Plaintiffs' motion to amend is unopposed. Further, this Court finds that it is in the best interests of all parties involved in this action to permit Plaintiffs' proposed amendments.

Additionally, the above-referenced amended complaint moots Defendants' pending motions to dismiss. Defendants' first Motion to Dismiss is pursuant to F.R.C.P. 12(b)(6), Rec. Doc. 20, and seeks dismissal of Plaintiffs' claims against Chief Lawson and Lieutenant Brosette as redundant and duplicative of the claims against the City of Gretna. However, taking Plaintiffs' amended allegations to be true, the convoluted nature and legislative structures of the mayor's office, the police department, and the clerk of court makes the sought for dismissal premature.

In regards to Defendants' Motion to Dismiss pursuant to F.R.C.P. 12(b)(7), Rec. Doc. 21, Plaintiffs' amended complaint clarifies that Plaintiffs no longer seeks an order by this Court enjoining the Department of Public Safety and Corrections ("DPSC") from suspending driver's licenses. Plaintiffs' amendments moot Defendants' assertions that DPSC is a necessary party to this litigation.

New Orleans, Louisiana, this 6th day of June, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE