UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMARA G. NELSON and TIMOTHEA RICHARDSON, ET. AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-14581** |
| **MAYOR BELINDA CONSTANT, ET. AL.** | **SECTION "B"(1)** |

### ORDER

Before the Court is Plaintiffs Tamara G. Nelson and Timothea N. Richardson's (collectively "Plaintiffs") "Motion to Certify Class" (Rec. Doc. 2), and Defendants Terri Brossette and Arthur Lawson, Jr.'s ("Defendants") "Motion to Limit Communications with Potential Class Members" (Rec. Doc. 29).

**IT IS ORDERED** that the foregoing motions are set for oral argument on **Wednesday, June 20, 2018 at 9:00 a.m**. Counsel shall appear to address issues related to the above-referenced motions in the instant matter.

New Orleans, Louisiana, this 14th day of June, 2018.

SENIOR UNITED STATES DISTRICT JUDGE

1