MINUTE ENTRY
LEMELLE, J.
JUNE 20, 2018

JS-10: 00:21

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMARA G. NELSON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-14581** |
| **BELINDA C. CONSTANT, ET AL.** | **SECTION "B" (1)** |

### MOTION HEARING

Courtroom Deputy:   Isidore Grisoli
Court Reporter:     Nichelle Drake

APPEARANCES:   Eric A. Foley, James Craig, for plaintiff(s)
               E. John Litchfield, Leonard Levenson, for defendant(s)

Court begins at 9:18 a.m.
Case called; all present and ready.
Counsel appear for the record.
Oral argument by the parties re Motion to Certify Class (Rec. Doc. No. 2), and Motion to Limit Communications with Potential Class Members (Rec. Doc. No. 29) .
See Court Order.

Court adjourned at 9:39 a.m.