UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMARA G. NELSON and TIMOTHEA RICHARDSON, ET. AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-14581** |
| **MAYOR BELINDA CONSTANT, ET. AL.** | **SECTION: "B"(1)** |

## ORDER

Before the Court is Defendants Terri Brossette and Arthur Lawson, Jr.'s "Motion to Limit Communications with Potential Class Members" (Rec. Doc. 29). Pursuant to the reasons provided in a separate Opinion (Rec. Doc. 60) recently issued by this Court,

**IT IS ORDERED** that the Motion to Limit Communications with Potential Class Members (Rec. Doc. 29) is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 12th day of October, 2018.

SENIOR UNITED STATES DISTRICT JUDGE

1