UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMARA G. NELSON and TIMOTHEA RICHARDSON, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BELINDA C. CONSTANT, et al.,<br><br>Defendants. | Case No. 17-cv-14581-ILRL-JVM<br><br>Section B:  Judge Lemelle<br>Division 1: Magistrate van Meerveld<br><br>(Class Action) |

## STATUS REPORT

In accordance with the Court's order (ECF No. 62), the parties met on Oct. 10, 2018, to discuss potential settlement and discovery needs. The parties believe that there is an opportunity to reach partial settlement on Count Two of Plaintiffs' Complaint, concerning the administration of Gretna's Deferred Prosecution Program. Plaintiffs are currently drafting a settlement proposal for Defendants' review.

The parties are unable to reach a settlement on Count One, concerning the alleged financial conflict of interest in the Gretna Mayor's Court. Plaintiffs notified Defendants of their intent to begin noticing depositions of the Clerk of Court's staff. Defendants expressed their intent to request that the Court limit discovery concerning Count Two while settlement negotiations are pending, citing burdensomeness. Plaintiffs oppose limitations on discovery at this time. It is Plaintiffs' opinion that some discovery is necessary on Count Two to satisfy counsels' due diligence ethical obligations prior to settling those claims.

The parties wish to further discuss these issues and establish a schedule for discovery during their conference call with the Court on Oct. 16, 2018.

Respectfully submitted,

*/s/ Eric A. Foley*
ERIC A. FOLEY, La. Bar No. 34199, T.A.
KATIE M. SCHWARTZMANN, La. Bar No. 30295
JAMES W. CRAIG, La. Bar No. 33687
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(504) 208-3133 (f)
eric.foley@macarthurjustice.org
katie.schwartzmann@macarthurjustice.org
jim.craig@macarthurjustice.org

*Counsel for Plaintiffs Tamara Nelson and Timothea Richardson*

*/s/ E. John Litchfield*
E. JOHN LITCHFIELD, T.A. (#8622)
MICHAEL J. MARSIGLIA (#30271)
Place St. Charles – Suite 4204
201 St. Charles Avenue
New Orleans, Louisiana 70170
(504) 568-0541 phone
(504) 561-8655 fax
jlitchfield@berriganlaw.net
mmarsiglia@berriganlaw.net

*Counsel for Defendants Belinda C. Constant, Raymond A. Osborn, Jr., Olden C. Toups, Jr., Walter J. LeBlanc, and the City of Gretna.*

*/s/ Leonard L. Levenson*
LEONARD L. LEVENSON, T.A. (#8675)
CHRISTIAN W. HELMKE (#29594)
DONNA R. BARRIOS (#32093)
424 Gravier Street, First Floor
New Orleans, LA 70130
Telephone: (504) 586-0066
Facsimile: (504) 586-0079
lenlawyer@aol.com
cwhelmke@gmail.com
dbarrios@bellsouth.net

*Counsel for Defendants ARTHUR LAWSON, JR, in his official capacity, and TERRI BROSSETTE, in her official capacity*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed using the Court's CM/ECF filing system, which will provide electronic notice to all counsel of record.

*/s/ Eric A. Foley*
Eric A. Foley

2