UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAMARA G. NELSON and TIMOTHEA                    CIVIL ACTION
RICHARDSON, ET. AL.

VERSUS                                           NO. 17-14581

MAYOR BELINDA CONSTANT, ET. AL.                  SECTION: "B"(1)


## ORDER

Considering the untimely filed "Joint Motion to Continue Pre-Trial Conference and Convene Scheduling Conference" (Rec. Doc. 66), that was filed on the eve of the final pretrial conference date, but to avoid prejudicing parties for counsels neglect,

**IT IS ORDERED** that the motion is **GRANTED.** A scheduling conference is set for **November 30, 2018 at 9:30 a.m.** with case manager, Kimberly County, to pick new final pretrial conference and trial dates. All parties are to call into the conference at **1-888-557-8511, Access Code: 5654551.**

Parties' counsel of record should note that their untimely motion to continue, their failure to timely submit a proposed pre-trial order, and their failure to timely seek an extension prior to the submission deadline will not go unnoticed.

New Orleans, Louisiana, this 7th day of November 2018.


SENIOR UNITED STATES DISTRICT JUDGE