UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TAMARA G. NELSON and TIMOTHEA**            **CIVIL ACTION**
**RICHARDSON, ET. AL.**

**VERSUS**            **NO. 17-14581**

**MAYOR BELINDA CONSTANT, ET. AL.**            **SECTION: "B"(1)**

### ORDER

Considering Joint Motion to Amend Scheduling Order and to Convene Status Conference (Rec. Doc. 75),

**IT IS ORDERED** that the motion is **DENIED**. Supplemental memoranda on dispositive motions may be considered upon showing good cause to grant leave to file supplements. Parties may also seek timely leave to file motions in response to new case law pertinent to this case, including anything from the Circuit.

New Orleans, Louisiana, this 27th day of March, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE