UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAMARA G. NELSON, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO. 17-14581 |
| VERSUS | * * | SECTION: "B" (1) |
| BELINDA C. CONSTANT, ET AL. *Defendants* | * * * * | JUDGE IVAN L. R. LEMELLE  MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference shall be held on **Friday, May 3, 2019**, at **3:30 p.m.**, before Magistrate Judge Janis van Meerveld. Counsel for all parties shall participate. The parties shall use the following call-in information: telephone number 1-888-278-0296; Access Code 5066372; Security Code 0503. The purpose of the conference is to discuss the status of settlement.

New Orleans, Louisiana, this 2nd day of May, 2019.

_____
Janis van Meerveld
United States Magistrate Judge