MINUTE ENTRY
VAN MEERVELD
August 21, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMARA G. NELSON, ET AL., *Plaintiffs* | CIVIL ACTION NO. 17-14581 |
| VERSUS | DIVISION: 1 |
| BELINDA C. CONSTANT, ET AL. *Defendants* | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## STATUS CONFERENCE

A telephone status conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING: Eric Foley, James Craig, John Litchfield, Leonard Levenson

The parties discussed the status of settlement of Count II. Plaintiffs shall file a motion to approve the settlement and certify the settlement class by September 30, 2019.

                                                    Janis van Meerveld
                                                    United States Magistrate Judge

MJSTAR (00:17)