UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAMARA G. NELSON, ET AL., <br> *Plaintiffs* | * <br> * <br> * | CIVIL ACTION <br> NO. 17-14581 |
| VERSUS | * <br> * | SECTION: "B" (1) |
| BELINDA C. CONSTANT, ET AL. <br> *Defendants* | * <br> * | MAGISTRATE JUDGE <br> JANIS VAN MEERVELD |

## ORDER

The Court received the attached correspondence. **IT IS ORDERED** that this correspondence be filed into the record.

New Orleans, Louisiana, this 3rd day of February, 2020.

Janis van Meerveld
United States Magistrate Judge