MINUTE ENTRY
VAN MEERVELD
March 13, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMARA G. NELSON, ET AL., *Plaintiffs* | CIVIL ACTION NO. 17-14581 |
| VERSUS | DIVISION: 1 |
| BELINDA C. CONSTANT, ET AL. *Defendants* | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**STATUS CONFERENCE**

A telephone status conference was conducted on this date before the undersigned Magistrate Judge.

    PARTICIPATING:   Jim Craig, Eric Foley, Elizabeth Cumming, John Litchfield, Leonard Levenson

The parties discussed the status of settlement.

IT IS ORDERED that the parties shall work together to agree to a timeline and by March 27, 2020, they shall file a Joint Motion for Entry of a Briefing Schedule for Settlement Class Certification and Approval.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:12)