## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMARA G. NELSON and TIMOTHEA RICHARDSON, individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BELINDA C. CONSTANT, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-14581-JVM<br><br>Division 1: Magistrate van Meerveld<br><br>(Class Action) |

**PLAINTIFF TIMOTHEA RICHARDSON'S MOTION TO SUBSTITUTE MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND ACCOMPANYING EXHIBITS**

Plaintiff Timothea N. Richardson, moves this Court to substitute the attached documents for the previously filed *Memorandum in Support of Motion for Preliminary Approval of Settlement* (ECF Nos. 143-1) and its accompanying exhibits: Ex. 1—the proposed settlement agreement (ECF No. 143-2); Ex. 2—proposed individual notice (ECF No. 143-3); Ex. 3—proposed social media/print notice (ECF No. 143-4); and Ex. 4—proposed flyer notice (ECF No. 143-5). The proposed substitution incorporates revisions to the settlement class definition and proposed notices that more accurately reflect the Parties' settlement agreement. For this reason, Plaintiff asks that the Court substitute the attached documents. for ECF Nos. 143-1–143-5.

Respectfully submitted,

*/s/ Eric A. Foley*
Eric A. Foley, La. Bar No. 34199, TC
James W. Craig, La. Bar No. 33687
Elizabeth Cumming, La. Bar No. 31685
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(504) 208-3133 (f)
eric.foley@macarthurjustice.org
jim.craig@macarthurjustice.org
elizabeth.cumming@macarthurjustice.org

*Attorneys for Plaintiff*