# Changes to Gretna's Deferred Prosecution Program
## Proposed Benefits for Program Participants

**EXHIBIT 3**

## What is happening with the Deferred Prosecution Program?

People who participated in the Gretna Mayor's Courts Deferred Prosecution Program sued the City of Gretna and others in the federal class action lawsuit, <u>Nelson v. Constant</u>, No. 17-14581. The Program was supposed to help people avoid conviction, but the lawsuit claimed it excluded anyone who could not pay the fees.

## How would you benefit?

A settlement (legal agreement) has been proposed in this class action suit to help you get the benefits you deserve under the law. See below to see how you would benefit based on your Program involvement:

| If You… | Your Proposed Benefits |
|---|---|
| **Are currently in the Program and having a hard time making payments (Now)** | ✓ If you qualify, Program fees can be divided into smaller payments (payment plans)<br>✓ Payment plans will be 12 months or less<br>✓ Monthly payments no more than what you earn in 8-hour workday<br>✓ If you qualify, Program fees may be $0 |
| **Paid Program fees, were dropped from the Program, and still have an open case (2018 and after)** | ✓ Can rejoin the Program with credit for past payments and get all benefits listed above<br>✓ Avoid conviction |
| **Paid Program fees, were dropped from the Program, and were later convicted (Before Jan. 1, 2018)** | ✓ Refund of all your past payments to the Program |

## What do you need to do to get your benefits?

No action. <u>These changes will happen automatically</u>, if the settlement is approved.

## If you disagree with the settlement or think it's unfair, what can you do?

You can file a written objection with the Federal District Court on 500 Poydras St, New Orleans, LA 70130 on or before _____. You can also come to the hearing in person on September 1, 2020, at 2 p.m. and tell the federal court why you think the settlement shouldn't be approved.

**Roderick & Solange MacArthur Justice Center**

### Want to learn more about your rights?

 **Call us at 504-620-2259.**
Mon – Thurs 9am-6pm.

 **Visit our website at macarthurjustice.org/zzzzzz**

*The Roderick & MacArthur Justice Center is a non-profit law firm representing the people (class members) who sued the City of Gretna and others in Nelson v. Constant.*

This proposal **only** applies to the **Gretna Mayor's Court** in Gretna City Hall (which handles only misdemeanor charges and traffic citations) and **not** any other program in any other court or parish