# Have you participated in Gretna's Deferred Prosecution Program?
## You may benefit beginning in October 2020

### How would you benefit?

A settlement (legal agreement) has been proposed to help you get the benefits you deserve under the law. See below to see how you would benefit based on your Program involvement:

| If You… | Your Proposed Benefit |
| --- | --- |
| **Are currently in the Program and having a hard time making payments** (Now) | ✓ If you qualify, Program fees can be divided into smaller payments (payment plans) <br> ✓ Payment plans will be 12 months or less <br> ✓ Monthly payments no more than what you earn in 8-hour workday <br> ✓ If you qualify, Program fees may be waived |
| **Paid Program fees, were dropped from the Program, and still have an open case** (2018 and after) | ✓ Can rejoin the Program with credit for past payments and get all benefits listed above <br> ✓ Avoid conviction |
| **Paid Program fees, were dropped from the Program, and were later convicted** (After June 1, 2015) | ✓ Refund of all your past payments to the Program |
| **Have unpaid Program fees** (Before Jan. 1, 2018) | ✓ Program debt erased <br> ✓ Case dismissed |

### What do you need to do to get your benefits?

No action. <u>These changes will happen automatically</u>, if the settlement is approved.

### If you disagree with the settlement or think it's unfair, what can you do?

You can file a written objection with the Federal District Court at 500 Poydras St, New Orleans, LA 70130 on or before _____. You can also come to a hearing in person on September 1, 2020, at 2pm and tell the federal court why you think the settlement shouldn't be approved.



### Will your address change before September 2020?

Call the MacArthur Justice Center at 504-620-2259, so we can get you information about your benefits.

*The Roderick & MacArthur Justice Center is a non-profit law firm representing the people (class members) who sued the City of Gretna and others in Nelson v. Constant.*

## Want to learn more about your rights?

| Ask the Clerk for more information. | Call MJC at 504-620-2259. Mon – Thurs 9am-6pm. | Visit our website at macarthurjustice.org/zzz |




Roderick & Solange MacArthur Justice Center