# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMARA G. NELSON and TIMOTHEA RICHARDSON, individually and on behalf of all other persons similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BELINDA C. CONSTANT, et al.,<br><br>      Defendants. | Case No. 17-cv-14581-JVM<br><br>Division 1: Magistrate van Meerveld<br><br>(Class Action) |

### PLAINTIFF TIMOTHEA RICHARDSON'S MOTION TO SUBSTITUTE MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND ACCOMPANYING EXHIBITS

Plaintiff Timothea N. Richardson, moves this Court to substitute the attached documents for the previously filed *Memorandum in Support of Motion for Preliminary Approval of Settlement* (ECF Nos. 143-1) and its accompanying exhibits (ECF Nos. 143-2–143-5). The proposed substitution incorporates revisions to the settlement class definition, proposed notices, and proposed settlement web site that more accurately reflect the Parties' settlement agreement. For this reason, Plaintiff asks that the Court substitute the attached documents for those currently attached to the *Motion for Preliminary Approval of Settlement* (ECF No. 143).

Respectfully submitted,

*/s/ Eric A. Foley*
Eric A. Foley, La. Bar No. 34199, TC
James W. Craig, La. Bar No. 33687
Elizabeth Cumming, La. Bar No. 31685
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(504) 208-3133 (f)
eric.foley@macarthurjustice.org
jim.craig@macarthurjustice.org
elizabeth.cumming@macarthurjustice.org

*Attorneys for Plaintiff*