UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAMARA G. NELSON, ET AL., *Plaintiffs* | * * * | CIVIL ACTION NO. 17-14581 |
| VERSUS | * * | DIVISION: 1 |
| BELINDA C. CONSTANT, ET AL. *Defendants* | * * * * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## JUDGMENT

On February 28, 2020, the court dismissed Count I of plaintiff's Complaint with prejudice on summary judgment. (Rec. Doc. 132). The parties have settled Count II of the Complaint, and on today's date the Court dismissed Count II with prejudice and retained jurisdiction to enforce the court-approved Settlement Agreement for a period of three years. (Rec. Doc. 169). Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of the defendants and against the plaintiffs dismissing all of plaintiffs' claims against the defendants with prejudice provided that this Court shall retain jurisdiction to enforce the court-approved Settlement Agreement for a period of three years from today's date.

New Orleans, Louisiana, this 15th day of January, 2021.

Janis van Meerveld
United States Magistrate Judge